UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ROLAND L. WILLIAMS )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>JACKSONVILLE POLICE DEPARTMENT)<br>DETECTIVE TIMOTHY CARR, )<br>OFFICER KEVIN DOYLE, and )<br>STEPHANIE MOSER, *Assistant DA* )<br>        Defendants. ) | **JUDGMENT**<br>7:21-cv-7-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 16, 2022 and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on March 16, 2022, and Copies To:**
Roland L. Williams (via CM/ECF Notice of Electronic Filing)

March 16, 2022                PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk